IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAVIN K., through his Parents,<br>ANDREW K. and ALLYSON K.,<br>of Chester Springs, Pa. 19425,<br><br>and<br><br>ANDREW K. and ALLYSON K, adults,<br>individually, and on their own behalf,<br><br>Plaintiffs<br>v.<br><br>DOWNINGTOWN AREA SCHOOL DISTRICT<br>540 Trestle Place<br>Downingtown, Pa. 19335,<br><br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br><br>No. 21-cv-3212-PD |

## NOTICE OF APPEAL

Plaintiffs, Gavin K., through his Parents, Andrew K. and Allyson K. and Andrew K. and Allyson K., adults, individually, and on their own behalf ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Third Circuit from the final Order dated July 1, 2022, by the Honorable Paul S. Diamond, which denied Plaintiffs' Motion for Judgment on the Administrative Record and granted Defendant's Motion for Judgment on the Administrative Record.

Respectfully submitted,

/s/ D. Daniel Woody
D. Daniel Woody, Esquire
McAndrews, Mehalick, Connolly,
Hulse and Ryan P.C. Law Offices
30 Cassatt Avenue
Berwyn, PA 19312
Attorney ID# 82065
Counsel for Plaintiffs