## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appeal was served upon the following person in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure:

**VIA ELECTRONIC FILING**

Christina M. Stephanos, Esquire
Sweet Stevens Katz & Williams
331 East Butler Avenue
New Britain, PA 18901


/s/ D. Daniel Woody
D. Daniel Woody, Esquire

Dated:          July 27, 2022